UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHELLE-MARRYANN DICKERSON,

Plaintiff,

v.

JASON D. DODSON,

Defendant.

Case No. 2:25-cv-10275-MWF-MAR

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING EMERGENCY MOTION

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff's Emergency Motion for Trial and Immediate Intervention is **DENIED.**

Dated: September 16, 2026

MICHAEL W. FITZGERALD
United States District Judge